UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHERYL FALU, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 7:21-CV-92-BM |
| KILOLO KIJAKAZI, | ) | |
| *Commissioner of Social Security,* | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on plaintiff's motion for judgment on the pleadings and defendant's motion for judgment on the pleadings.**

**IT IS ORDERED that Plaintiff's Motion for Judgment on the Pleadings [DE-18] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-24] is DENIED, and this matter is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this order.**

This Judgment Filed and Entered on August 9, 2022 with service on:
Derrick Arrowood (via CM/ECF Notice of Electronic Filing)
Amanda Gilman(via CM/ECF Notice of Electronic Filing)


PETER A. MOORE, JR., CLERK



/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk