UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL FALU, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 7:21-CV-92-BM |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on the motion by plaintiff's counsel for attorney fees (D.E. 35) and the stipulation (D.E. 37) between plaintiff Rita Baker ("plaintiff") and defendant Commissioner of Social Security ("Commissioner") regarding plaintiff's recovery of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).**

**IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner shall pay $6,000.00 in attorney's fees associated with this case in full satisfaction of any and all claims arising under EAJA. Provided that the award to plaintiff is not subject to the Treasury Offset Program ("Program"), payment shall be made by check payable to plaintiff's counsel, Derrick Arrowood, and mailed to him at the following address pursuant to plaintiff's assignment (D.E. 35-2) to her attorney of her right to payment of attorney fees under the EAJA: Derrick K. Arrowood, Post Office Box 58129, Raleigh, North Carolina 27658. If the award is subject to the Program, the balance shall be mailed to Attorney Arrowood at the above address and the check made payable to him if allowed by the Program.**

<u>This Judgment Filed and Entered on January 18, 2023 with service on:</u>
Derrick Arrowood (via CM/ECF Notice of Electronic Filing)
Amanda B. Gilman (Via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (Via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Bobbie R. Horton
(By): Bobbie R. Horton, Deputy Clerk